UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.: 3:16-cv-1563-TJC-PDB

CITY OF JACKSONVILLE, FLORIDA,

    Defendant.
_____/

## **UNOPPOSED MOTION TO EXTEND CONSENT ORDER DEADLINES**

Defendant, the City of Jacksonville ("City"), respectfully requests an extension of deadlines related to training, employee certification of training and reasonable accommodation policy implementation in the Consent Order adopted by this Court on June 29, 2017 (Doc. #56) ("Consent Order"). Plaintiff does not oppose this request. In support of this request, the City states the following:

1.    The Consent Order provides a number of requirements for the City to complete in order to effectuate the settlement between the parties in this matter. With each of those requirements, there were negotiated deadlines within which the City must complete those tasks.

2.    Paragraph 13 of the Consent Decree requires the City to submit to the United States a written policy detailing the City's methods and procedures for accepting, processing and deciding requests for reasonable accommodations from strict compliance with the City's zoning code for persons with disabilities. The City's policy was required to be submitted to the United States within sixty days of entry of the Consent Decree, August 28, 2017.

3.    Paragraph 14 of the Consent Decree requires the City to implement the new reasonable accommodation policy within ten days of the policy's approval by the United States.

4. The City has engaged with counsel for the United States on the language of the policy, has received approval from the United States on December 22, 2017, and the City has begun implementing the policy on December 22, 2017. As such, the City would request approval for an extension of time from August 28, 2017 to December 22, 2017 to implement the reasonable accommodation policy required in paragraphs 13 and 14 of the Consent Decree.

5. Paragraph 19 of the Consent Decree requires the City to providing training to certain City employees and officials on the requirements of the federal Fair Housing Act, the Americans with Disabilities Act and the Consent Decree within ninety days of entry of the Consent Decree, September 27, 2017.

6. Counsel for the City and the United States have been in discussions concerning the identity of the third-party trainer who will be engaged by the City to conduct this training. Ultimately, the parties agreed on a trainer, who would conduct live training to a number of City employees, which would be video-taped and made available to the remaining City employees required to complete the training. The live video training session will be conducted on January 11, 2018. The City expects to have all training completed by January 31, 2018. As such, the City would request approval for the extension of the training deadline from September 27, 2017 to January 31, 2018.

7. Paragraph 21 of the Consent Decree requires the City to submit certifications from its employees certifying completion of the required training within one hundred days of entry of the Consent Decree, January 15, 2018. As discussed above, training will not be completed until January 31, 2018, necessitating this request for an extension of this deadline. As such, the City is requesting approval of an extension of the certification deadline from January 15, 2018 to February 15, 2018.

8.     Paragraph 31 of the Consent Decree authorizes the parties to jointly petition this Court for an extension of any time limits for performance imposed in the Consent Decree.

9.     The City respectfully submits that good cause exists to grant an extension of the referenced Consent Decree deadlines entered in this case.

## MEMORANDUM OF LAW

The United States Supreme Court has previously held that federal district courts are afforded great latitude to grant requests concerning management of those cases pending before them. "'How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance.'" *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n. 6 (1998) (internal citatons omitted); *see also Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353 (11th Cir. 1997) ("[w]e recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them."). In the interest of efficiency and a resolution and completion of the requirements of the Consent Decree, this Court therefore has the broad power to grant the requested extensions in this case.

## LOCAL RULE 3.01(g) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), Rules of the Middle District of Florida, undersigned counsel has conferred with counsel for Plaintiff, who advised that Plaintiff does not object to the relief requested herein.

**WHEREFORE**, the City respectfully requests that the Court enter an order granting this motion and extending the deadlines in this case as outlined in paragraphs 4, 6 and 7, above, and for any additional relief which the Court deems just and appropriate.

           Respectfully submitted,

           OFFICE OF GENERAL COUNSEL

           */s/ Jason R. Teal*

JASON R. TEAL
Deputy General Counsel
Florida Bar No. 157198
City of Jacksonville
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1700 (Telephone)
(904) 630-1316 (Facsimile)
Primary: JTeal@coj.net
Secondary: hdugan@coj.net
*Counsel for Defendant City of Jacksonville*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December, 2017, I filed and uploaded the foregoing to the Court's CM/ECF system. I further certify that I served a copy of the foregoing by electronic mail to the following:

Abigail B. Marshak, Esq.
U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW – G St.
Washington, DC 20530
Abigail.Marshak@usdoj.gov

*/s/ Jason R. Teal*
JASON R. TEAL
Deputy General Counsel
Florida Bar No. 157198
City of Jacksonville
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 630-1700 (Telephone)
(904) 630-1316 (Facsimile)
Primary: JTeal@coj.net
Secondary: hdugan@coj.net
*Counsel for Defendant City of Jacksonville*