**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    Case No. 3:16-cv-1563-J-32PDB

CITY OF JACKSONVILLE, FLORIDA,

        Defendant.

_____

**ORDER**

Upon review, the City of Jacksonville's Corrected/Amended Unopposed Motion to Extend Consent Order Deadlines (Doc. 12) is **GRANTED**. With the Court's approval, as permitted by paragraph 31 of the parties' Consent Decree (Doc. 9), the following provisions of the parties' Consent Decree (Doc. 9) are amended:

- **Paragraphs 13 and 14** are amended to the extent that the deadline to implement the reasonable accommodation policy shall be **December 22, 2017** (instead of August 28, 2017) nunc pro tunc.

- **Paragraph 19** is amended to the extent that the deadline to provide training shall be **January 31, 2018** (instead of September 27, 2017) and the deadline to provide training materials to the United States shall be **January 8, 2018** (instead of July 29, 2017).

- **Paragraph 21** is amended to the extent that the training certification deadline shall be **February 15, 2018** (instead of October 7, 2017).

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of January, 2018.

    TIMOTHY J. CORRIGAN
    United States District Judge

s.
Copies:

counsel of record